IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JONATHAN CHARLES GRIGGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:23-CV-509-RAH-KFP |
| ) | |
| LEVI CHASE DONNELLY, et al., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On March 25, 2024, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 28.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby

ORDERED that the Recommendation is ADOPTED and this case is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE, on this the 16th day of April 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE